**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RENEE FINNERTY,                                    Civil Action No. 04-40247

                Plaintiff(s),          District Judge Paul V. Gadola
v.                                                                 Magistrate Judge Virginia M. Morgan

WIRELESS RETAIL, INC,

                Defendant(s).
_____/

**ORDER RENDERING PLAINTIFF'S SECOND MOTION TO COMPEL AND TO**
**EXPAND THE NUMBER OF PERMITTED INTERROGATORIES WITHDRAWN**

This matter is before the Court on the above-titled motion. On **August 19, 2005**, counsel for the moving party advised the Court that the motion had been resolved by the parties. Therefore, PLAINTIFF'S SECOND MOTION TO COMPEL AND TO EXPAND THE NUMBER OF PERMITTED INTERROGATORIES is deemed WITHDRAWN.

      **SO ORDERED**.


Dated:  August 22, 2005                         s/ Virginia M. Morgan
                                                     VIRGINIA M. MORGAN
                                                     UNITED STATES MAGISTRATE JUDGE


**Copies sent by U.S. mail or electronic means this date to:**

Darcie Brault, Mark Cooper and Michael Jacobson